**Abatement Order filed September 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00498-CR

_____

## MARK SOLIZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1392000**

## ABATEMENT ORDER

Appellant is not represented by counsel on appeal. This court is unaware whether appellant is entitled to appointment of counsel. The clerk's record and the reporter's record have been filed. Accordingly, we enter the following order.

We ORDER the judge of the 230th District Court to immediately conduct a hearing at which appellant and counsel for the State shall be present to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is

indigent and, thus entitled to appointed counsel. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court on or before October 27, 2014.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court.

PER CURIAM